UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR LOPEZ FELICIANO (1);<br>JEFFREY MORRISON (2);<br>MAI TRAN (3),<br><br>　　　　　　　　　　　　Defendants. | Case No.: 23-cr-2173-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On December 6, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 15, 2023, to February 16, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 32] and sets the Motion Hearing/Trial Setting on February 16, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Time is excluded from December 15, 2023, to February 16, 2024. This time is excluded as to all Defendants. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 12/13/23

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jinsook Ohta
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE