1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,              Case No.: 23-cr-2173-JO
12                            Plaintiff,
                                            **ORDER CONTINUING MOTION**
13   v.                                     **HEARING/TRIAL SETTING**
14   EDGAR LOPEZ FELICIANO (1);
     JEFFREY MORRISON (2);
15   MAI TRAN (3),
16                            Defendants.
17

18        On April 23, 2024, the parties filed a Joint Motion to Continue the Motion
19   Hearing/Trial Setting currently set for April 26, 2024, to August 30, 2024. For good cause
20   appearing, the Court GRANTS the joint motion to continue [Dkt. 48] and sets the Motion
21   Hearing/Trial Setting on August 30, 2024 at 1:30 p.m.

22        For the reasons set forth in the joint motion, the Court finds that the ends of justice
23   will be served by granting the requested continuance, and these outweigh the interests of
24   the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this
25   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).
26   //
27   //
28   //

23-cr-2173-JO

1    Further, on February 2, 2024, Defendant Jeffrey Morrison filed a pretrial motion that
2 remains pending. Accordingly, the Court finds that time from February 2, 2024 to August
3 30, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4 pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the Co-Defendants.
5 *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an
6 exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

7    The parties are instructed to appear in person at the hearing on August 30, 2024, and
8 to be prepared to discuss the progress of discovery and the setting of a trial date.

9    IT IS SO ORDERED.

10    Dated:

11                                          HON. JINSOOK OHTA
                                            UNITED STATES DISTRICT JUDGE